IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　vs.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>CHRISTOPHER BASKIN,　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | 8:15CR204<br><br>ORDER |

　　　　This matter is before the court on the government's Motion to Continue Trial and Motion for Findings Pursuant to the Speedy Trial Act [29], defendant's Objection to Prosecutor's Motion to Continue [30] and government's Reply [31]. After careful consideration,

　　**IT IS ORDERED:**

　　1. The government's Motion to Continue Trial and Motion for Findings Pursuant to the Speedy Trial Act [29] is granted and defendant's Objection to Prosecutor's Motion to Continue [30] is denied.

　　2. Laurie McGarvey is deemed an essential witness.

　　3. The jury trial now set for October 13, 2015 is continued to **October 27  2015.**

　　4. The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

　　A party may object to the magistrate judge's order by filing an "Statement of Objections to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

　　**DATED  this 6th of October, 2015.**

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　United States Magistrate Judge