# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:15CR204 |
| vs. | |
| CHRISTOPHER BASKIN, | ORDER |
| Defendant. | |

This matter is before the Court on the Defendant's motion for leave to proceed on appeal in forma pauperis, ECF No. 98, filed under Federal Rule of Appellate Procedure 24(a). The Defendant, who was represented by CJA appointed counsel in this Court, has filed a Notice of Appeal, ECF No. 99. An affidavit regarding the Defendant's financial status was previously filed. *See* ECF No. 6. Accordingly,

IT IS ORDERED:

1. The Defendant's Motion for Leave to Proceed on Appeal in Forma Pauperis, ECF No. 98, is granted;

2. The Motion to Strike, ECF No. 97, is granted; and

3. The Notice of Appeal, appearing at ECF No. 92, and the Motion for Leave to Proceed on Appeal in Forma Pauperis, appearing at ECF No. 93, are stricken.

Dated this 22nd day of May, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge