IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTOPHER BASKIN,<br><br>　　　　　　　　Defendant. | 8:15CR204<br><br>ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |

　　　The defendant appeared before the Court on September 10, 2025 regarding Petition for Offender Under Supervision [120]. Cheryl Kessell represented the defendant. John Higgins represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

　　　The defendant appeared by summons, or is otherwise not in custody, and will not be detained. Therefore, the defendant does not have right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before Chief U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 3:00 p.m. on October 15, 2025.

　　　The government did not move for detention. The defendant shall be released on the current terms and conditions of supervision.

　　　**IT IS SO ORDERED**.

　　　Dated this 10th day of September, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　s/ Ryan C. Carson
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge